# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DIANA ST. JOHN**                                                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00889-BSM**

**OZARK PIZZA COMPANY LLC,**
**ERIC MURPHY, and KIRK BROWN**                                          **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 10], this case is hereby dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 10th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE