# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DIANA ST. JOHN**                                                                                          **PLAINTIFF**

v.                            **CASE NO. 4:20-CV-00889-BSM**

**OZARK PIZZA COMPANY LLC,**
**ERIC MURPHY, and KIRK BROWN**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 10th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE